**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:     01-12-01074-CR

Style:     Francisco Arzate

    **v** The State of Texas

Date motion filed*:     9/11/2013

Type of motion:     Appellant's Pro-Se Supplemental Motion for New Appellate Counsel on Appeal, to Dismiss Present Appellant's Brief and to File a New Appellant's Brief

Party filing motion:     Francisco Azarte

Document to be filed:

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

☐     Granted
    If document is to be filed, document due:

    ☐   The Clerk is instructed to file the document as of the date of this order
    ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

X     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature:  /s/ <u>Justice Rebeca Huddle</u>
          ☑ Acting individually    ☐ Acting for the Court

          Panel consists of _____.

Date:  September 16, 2013